IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.  ) <br> ) <br> LESLIE TREMINIO TOBAR, et al., ) <br> ) <br> *Defendant.* ) | Case No. 1:16-cr-209 <br> Hon. Liam O'Grady |

## ORDER

On October 13, 2017, the Court heard argument on the Defendants' Motion to Set Reasonable Discovery Deadlines (Dkt. No. 175). The Court directed the parties to confer and submit a joint letter to chambers. The Court has received the parties' joint letter, and thanks the parties for their efforts to reach agreement on these issues. As to the three matters on which the parties were unable to reach agreement, the Court instructs as follows:

1. *Jencks* material will be provided <u>10 business days</u> before trial.
2. Expert disclosures will be made <u>45 days</u> before trial.
3. Trial exhibits will be provided <u>7 business days</u> before trial.

It is **SO ORDERED.**

October 31, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge